FILED
CLERK, U.S. DISTRICT COURT

8/19/25

CENTRAL DISTRICT OF CALIFORNIA
BY: _____MRV_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:25-cr-00687-JFW |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 668(b)(1): Theft of Major Artwork] |
| JEFFREY YING,<br>  aka "Alan Fujimori,"<br>  aka "Jason Wang,"<br>  aka "Austin Chen," | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 668(b)(1)]

On or about December 18, 2024, in Los Angeles County, within the Central District of California, defendant JEFFREY YING, also known as "Alan Fujimori," "Jason Wang," and "Austin Chen," knowingly stole and obtained by fraud from the care, custody, and control of a museum an object of cultural heritage.  Specifically, defendant YING knowingly stole and obtained by fraud from the care, custody, and control of the UCLA library system in Los Angeles, California, the manuscript

*Shi zhu zhai shu hua pu / Hu Yuecong [Zhengyan] mo gu; Zhang Xuegeng chong jiao*, published in approximately 1817 and valued at approximately $11,143.

COUNT TWO

[18 U.S.C. § 668(b)(1)]

On or about December 20, 2024, in Los Angeles County, within the Central District of California, defendant JEFFREY YING, also known as "Alan Fujimori," "Jason Wang," and "Austin Chen," knowingly stole and obtained by fraud from the care, custody, and control of a museum an object of cultural heritage. Specifically, defendant YING knowingly stole and obtained by fraud from the care, custody, and control of the UCLA library system in Los Angeles, California, the manuscript *Yu zhi gu wen yuan jian / Xu Qianxue deng feng zhi bian zhu*, published in approximately 1685 and valued at approximately $16,715.

COUNT THREE

[18 U.S.C. § 668(b)(1)]

On or about July 3, 2025, in Los Angeles County, within the Central District of California, defendant JEFFREY YING, also known as "Alan Fujimori," "Jason Wang," and "Austin Chen," knowingly stole and obtained by fraud from the care, custody, and control of a museum an object of cultural heritage.  Specifically, defendant YING knowingly stole and obtained by fraud from the care, custody, and control of the UCLA library system in Los Angeles, California, the manuscript *Ou xiang ling shi : [39 zhong] / Miao Quansun ji*, published in approximately 1910 and valued at approximately $5,300.

                                    A TRUE BILL


                              /S/_____
                              Foreperson

BILAL A. ESSAYLI
Acting United States Attorney

CHRISTINA T. SHAY
Assistant United States Attorney
Chief, Criminal Division

MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and
Consumer Protection Section

4