**Library**

Office of the Norman and Armena Powell University Librarian
11334 Charles E. Young Research Library
Box 951575
Los Angeles, CA 90095-1575

June 26, 2026

To: The Honorable John F. Walter

Re:     United States v. Jeffrey Ying
Case no. CR No. 25-00687-JFW

Dear Judge Walter,

The University of California, Los Angeles Library ("UCLA Library") respectfully submits this victim impact statement in connection with United States v. Jeffrey Ying. We understand that Mr. Ying has entered a guilty plea and that the sentencing hearing is on July 13, 2026. As the victim of Mr. Ying's crime, the UCLA Library requests the opportunity to express the impact that Mr. Ying's theft has had on the University, its faculty, staff and students, and the larger global academic community it serves.

The cost of the items stolen totaled approximately $217,711. However, the actual cost to the University well exceeds the monetary cost of the items stolen.  First, the University expended significant resources in order to identify the perpetrator because he was using at least three false identities.  When the thefts were first discovered, the East Asian Library expended dozens of staff and librarian hours to recall and confirm that the items were indeed stolen.  Additionally, the Access Services staff at three separate libraries trained a group of about 10 full-time employees and over 50 student employees on keeping an eye out for the perpetrator (based on security footage) and alerting the University of California Police Department if they suspected seeing him. This effort lasted approximately six weeks and involved hundreds of hours of time.

Mr. Ying's theft also impacts the University of California community and the public. The materials stolen by Mr. Ying were rare and unique books, more akin to cultural heritage objects than mass market books. They were purchased by the Library using public funds; by stealing these materials, Mr. Ying was appropriating public resources intended to serve the students and faculty of the University of California and the larger academic community. The loss of access to these materials and the difficulty in replacing them affected our ability to provide resources that scholars from around the world engage with to further our understanding of China and its history and culture.

Additionally, the theft eroded the trust that scholars, booksellers, and communities place in us to safeguard and steward rare and unique materials.  The theft significantly affected the reputation of the UCLA Library in China and within Chinese diaspora communities, in particular. In the aftermath of the theft, we received many inquiries from around the world about the theft that expressed doubts about our security and stewardship of these important cultural heritage materials land were forwarded numerous newspaper reports about the theft, particularly from

Asia, where it was widely reported. We take our responsibility to steward cultural heritage materials seriously and rely on the trust and goodwill of creator communities and booksellers to build collections. While we expended significant effort to assure our partners around the world of our continued commitment to these materials, the damage has been lasting.

Sincerely,

Athena N. Jackson
Norman and Armena Powell University Librarian