# Exhibit 1

Dated July 16, 2026

**Statement**
**The 11 Chinese Rare Books in 177 volumes stolen from UCLA Library**

My name is Su Chen and I am the Head Librarian at the Richard C. Rudolph East Asian Library at UCLA. I am familiar with the items discussed in this statement and I am making this statement in connection with United States v. Jeffrey Ying, CR No. 25-00687-JFW.

In total, there were 11 Chinese rare books stolen from the UCLA Library, comprising a total of 177 volumes, as detailed more below. These rare books represent three significant periods in Chinese history: three titles from the Ming dynasty (1368–1644), four works from the Qing dynasty (1644–1911), and four titles from the Republican era (1912–1949). The oldest of these books dates to 1393, making it 633 years old.

These books, acquired primarily from Hong Kong and Japan during the 1950s through the 1970s, possess value on multiple levels beyond their monetary value. First, they are exceptional examples of Chinese printing and bookmaking from the Ming, Qing, and Republican periods. Second, as original historical artifacts, they embody significant cultural, historical, literary, and material value that cannot be fully captured by digital reproductions. Third, they have long served as invaluable teaching and learning resources, providing students and the broader public with direct, hands-on engagement with China's documentary heritage—an experience that often leaves a lasting impression.

The books were acquired by the founding faculty members of what was then the Department of Oriental Languages (now the Department of Asian Languages and Cultures) to support instruction, research, and public education. Unfortunately, because UCLA Library policy retains acquisition records for only three years, the original purchase documentation is no longer available. In addition, because these books were purchased many decades ago, the present value of these books is far above what UCLA likely paid for the items in the 1950s through the 1970s.

According to WorldCat, which is the world's largest library catalog website containing the collections of thousands of libraries, the stolen titles are held by only a limited number of academic and museum libraries in North America, underscoring their rarity and scholarly significance.

The estimated values of the books are based primarily on auction records for identical or comparable editions sold in recent years. These estimates draw upon publicly available transaction records and auction house announcements, supplemented where indicated by AI-assisted research to identify relevant market information.

///

Dated July 16, 2026

**#1. 《唐诗品汇》1393 edition. 20 v in 2 case. Stolen in 2020. Estimated auction price ￥500,000 RMB (approximately $73,811 USD). Item checked out at UCLA by “Alan Fujimori” alias.**

The 1393 (26th year of the Hongwu reign, Ming dynasty) edition of *Tangshi Pinhui* (*Classified Anthology of Tang Poetry*) is regarded as a world-class bibliographic rarity and cultural treasure. This edition is so rare that it is only seen in held in Japan.

According to Poly Auction House’s 2022 spring auction, a similar edition of the same title was sold at the quoted price above: https://news.qq.com/rain/a/20220723A08NKU00


Lot 0133

唐诗品汇九十卷拾遗十卷

明嘉靖年间刻本

（明）高棅编 2函20册 纸本 26.2×16.4 cm

提要：此版存世稀少，仅见日本东洋文化研究所藏。

**#2《集千家注杜工部诗集》1536 edition. 6v in 1 case. Stolen in 2016. Estimated auction price ￥800,000 RMB (approximately $118,192 USD). Item checked out at UCLA by “Jason Wang” alias.**

This edition is considered a standard "blue-chip" Ming dynasty imprint in the rare book auction market and has achieved remarkable prices in recent years. Representative auction results include:

| Description | Format | Realized / Estimated Price (RMB) | Auction House |
|---|---|---|---|
| Ming Jiajing 15 (1536) edition engraved by **Yuji Shanren** (formerly in the **Fangyonglou** Collection) | Complete set in 2 cases, 12 thick volumes, unmounted | **RMB 828,000** | Beijing Poly Auction |
| Ming Jiajing 15 (1536) edition engraved by **Yuji Shanren** and printed by **Yishan Shanren** | Complete set in 12 volumes on white cotton paper | **Estimated RMB 700,000–800,000** | Poly Autumn Auction |

These auction results demonstrate the enduring market demand and high collectible value of Ming dynasty editions, particularly complete copies in excellent condition. Incomplete sets, while less valuable than complete ones, continue to command significant prices because of their rarity and scholarly importance.

**#3 《集古印谱》1575 edition. 8 v in 1 case. Stolen in 2020. Estimated auction price ￥110,000 (approximately $16,232 USD). Item checked out at UCLA by “Alan Fujimori” alias.**

The *Jigu Yinpu* (Collection of Ancient Seals), also known as the *Gu Family Collection of Ancient Seals*, published in the third year of the Wanli reign of the Ming dynasty (1575), is the earliest surviving literati catalogue of ancient bronze seals. According to rare book and special collections auction records from major auction houses, including Poly Auction Beijing and Xiling Yinshe Auction, an original Ming dynasty edition comprising eight stitched volumes housed in one case, printed in vermilion and black ink (or featuring seal impressions), is exceedingly rare. Its market reference value is generally estimated at RMB 100,000–110,000, although the actual price depends on factors such as the copy's condition and specific edition.

Dated July 16, 2026




**https://search.kongfz.com/product/?dataType=0&keyword=%E9%9B%86%E5%8F%A4%E5%8D%B0%E8%B0%B1+%E6%98%8E%E4%B8%87%E5%8E%86&page=1**

**#4《御制古文渊鉴》1685 edition. 17 v in 2 case. Stolen in 2024. Estimated auction price ￥350,000 (approximately $51,702 USD) Item checked out at UCLA by "Jason Wang" alias.**

Among the collection is a four-color overprinted edition of the *Imperially Commissioned Anthology of Classical Prose* (*Yuzhi Guwen Yuanjian*, 《御制古文渊鉴》), printed by the Imperial Household in the 24th year of the Kangxi reign (1685). The set comprises 17 volumes.

The 1685 Imperial Household four-color overprinted edition of *Yuzhi Guwen Yuanjian* is regarded as an exceptionally rare and finely produced imperial edition in today's rare book auction market. A complete original set generally consists of 64 juan, issued in various bindings of 24, 36, or 52 volumes. The present holding of 17 volumes represents a substantial but incomplete set. The below estimate is an AI estimation based on the recent auction transactions in 2013 on the four-color printing of the same title during the Kangxi reign:

Depending on the condition of the volumes, the 17-volume incomplete set is expected to achieve an auction price of approximately RMB 150,000–350,000.

**#5 《十竹斋书画谱》1817 edition. 16 v in 1 case. Stolen in 2024. Estimated auction price ￥100,000 (approximately $16,323 USD) Item checked out at UCLA by "Jason Wang" alias.**

Qing Jiaqing Reprint (ca. 1817, complete set of 16 volumes):
This Qing dynasty color overprinted edition is relatively rare in major rare book auctions. A complete set in excellent condition, preserved in its original binding and case with vivid color printing, typically commands a hammer price ranging from tens of thousands to over one hundred thousand RMB, depending on its condition and provenance.

The above estimate is an AI estimation based on the recent auction transactions on the multiple-color printing of the same title during the Jiaqing reign.

**#6《密韵楼丛书》1923 edition. 20 v in 2 cases. Stolen in 2024. Estimated auction price ￥50,000 (approximately $73,876 USD) Item checked out at UCLA by "Jason Wang" alias.**

*The Miyunlou Congshu* (《密韵楼丛书》), commonly known as the "Seven Miyunlou Editions" (《密韵楼七种》) and comprising a complete set of seven works in twenty volumes, was compiled in the 12th year of the Republic of China (1923) by the renowned Nanxun bibliophile and businessman Jiang Ruzao (蒋汝藻). He commissioned the celebrated woodblock printer Dong Kang (董康) to produce the edition at Wenkaizhai (文楷斋) in Beijing. Widely regarded as the pinnacle of Song-style woodblock facsimile printing during the Republican period, the series is considered a masterpiece of Chinese book arts. In recent years, it has

become one of the most sought-after "modern rare books" (*xinshanben*, 新善本) on the antiquarian book auction market. The below is an AI estimation based on the auction transaction records in 2022:

- Complete set (7 titles in 20 volumes): Depending on the specific edition (blue-printed or black-ink printed) and its condition, recent auction results suggest a market value of approximately RMB 300,000–500,000. [1]
- Example: At the Beijing Poly Spring Auction 2022, a complete blue-printed edition of *Miyunlou Jing Songben Qizhong* (《密韵楼景宋本七种》) in 20 volumes sold for RMB 414,000.

**#7 《涉园墨萃》1929 edition. 14 v in 2 case. Stolen in 2020 and 2024. Lot 0199. Estimated auction price ￥65,000 (approximately $96,000 USD) Item checked out at UCLA by "Jason Wang" alias.**

This work was produced while the renowned bibliophile Tao Xiang served as a Special Commissioner of the Palace Museum. Drawing upon the finest historical manuals on Chinese ink (墨谱), he employed lithographic printing for the text and collotype printing for the illustrations to create a superbly executed edition. The collection comprises twelve classic works on Chinese ink, notable for its comprehensive content, exquisite illustrations, and exceptional documentary value. It has been praised as being "second only to the original works" (下真迹一等) and is regarded as an indispensable reference for collectors and scholars of traditional Chinese ink.

To make the series more comprehensive, Tao Xiang also appended several supplementary works, including Cheng Dayue's *Illustrations of the Zhongshan Wolf* (《中山狼图》) and *Illustrations of Matteo Ricci's Portrait* (《利玛窦题宝像图》), as well as Yuan Lizhun's *Zhongzhou Cangmo Lu* (《中舟藏墨录》), which documents outstanding examples of Chinese ink produced from the Ming dynasty onward.

This edition is widely recognized as one of the finest Republican-era color-printed facsimiles and remains an important reference for the study of Chinese ink, printing history, and the art of the Chinese book.



https://news.qq.com/rain/a/20250606A09SY400

*Sheyuan Mocui* (Collected Ink Masterpieces from the She Garden), Seven-Color Printed Edition

Dated July 16, 2026

Compiled by Tao Xiang (陶湘), Republic of China (1929)
Color-printed edition from She Garden, Wujin, published in the 18th year of the Republic of China (1929).
Compiled by Tao Xiang.
2 cases, 14 volumes, paper.
29.8 × 18.2 cm.
**Estimated auction price: RMB 60,000–65,000.**

**#8 《喜咏轩丛书》1931 edition. 40 v in 5 case. Stolen in 2020. Estimated auction price ￥320,000 (approximately $47,237 USD) Item checked out at UCLA by "Alan Fujimori" alias.**

The complete five-series edition of the *Xiyongxuan Congshu* (40 volumes in 42 fascicles), compiled by Tao Xiang of Sheyuan Studio of the Tao family of Wujin and lithographically published between 1927 and 1931 during the Republican era, generally carries a standard auction estimate of RMB 300,000–320,000 in the rare book and art auction market.

民国武进陶氏涉园（陶湘辑）在 1927 年至 1931 年间石印刊行的《喜咏轩丛书》五编全帙（40册/42册），在艺术品拍卖市场上的**标准拍卖估价通常为人民币 300,000 元至 320,000 元。** 联拍在线

https://news.qq.com/rain/a/20250606A09SY400

**#9 《秦漢瓦當文字》1787 edition. 3 v in 1 case. Estimated auction price 93,500 Japanese Yen (approximately $634) Item checked out at UCLA by "Austin Chen" alias.**

The same edition of the title was in Shanghai Oriental International Auction House as an auction item in 2020-11-08. Please see more information at the link http://cn.51bidlive.com/Item/4065996



Dated July 16, 2026

**#10 《秦漢瓦當文字》1915 edition. 1 v in 1 case. Estimated auction price ￥1,000 (approximately $139 USD) Item checked out at UCLA by "Austin Chen" alias.**

Based on Kongfuzi.com

**#11 《藕香零拾》1910 edition. 32 v in 2 case. Stolen in 2025. Estimated auction price ￥45,000 (approximately $6,641 USD) Item checked out at UCLA by "Austin Chen" alias.**

The complete original set of the *Ouxiang Lingshi* (32 original stitched volumes, comprising 39 titles in 101 juan), compiled and published in 1910 (the second year of the Xuantong reign of the Qing dynasty) by the renowned late Qing scholar and eminent bibliophile Miao Quansun, typically carries a standard auction estimate of RMB 15,000–25,000 in the rare book and art auction market, as provided by AI based on the possible rare book auctions. If the set is offered in a rare books and manuscripts session of a major spring or autumn auction, and is in near-pristine condition with no missing or replacement volumes, its actual hammer price generally ranges from RMB 20,000 to 45,000.

清宣统二年（1910年）由清末著名学者、大藏书家缪荃孙编刻的《藕香零拾》全帙（原装32册/含39种101卷），在艺术品商业拍卖市场上的**标准拍卖估价通常为人民币 15,000 元至 25,000 元**。

如果该套丛书出现在大型春拍/秋拍的古籍善本专场中，且品相近乎完美、无流标补配，其**实际落槌成交价通常在人民币 20,000 元至 45,000 元之间**。