CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
(E-Mail: christy@christyoconnorlaw.com)
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959

Attorney for Defendant
JEFFREY YING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br>Defendant. | Case No. 25-cr-687-JFW<br><br>**DEFENDANT JEFFREY YING'S UNOPPOSED EX PARTE APPLICATION FOR A TWO-DAY EXTENSION OF TIME IN WHICH TO FILE JOINT STATEMENT ON RESTITUTION; DECLARATION OF COUNSEL**<br><br>**Current Due Date: September 14, 2026**<br><br>**Proposed Due Date: September 16, 2026** |

Defendant Jeffrey Ying, through his counsel of record, Christy O'Connor, hereby submits this unopposed *ex parte* application for an extension of time in which to file the parties' joint statement regarding restitution. By this application, Mr. Ying requests that the joint statement be due to the Court on or before September 16, 2026.

The government does not oppose this application.

Respectfully submitted,

Dated: September 13, 2026

______________________________

CHRISTY O'CONNOR
Attorney for Jeffrey Ying

DECLARATION OF CHRISTY O'CONNOR

1. My name is Christy O'Connor. I am admitted to practice in this Court, and I am counsel for Jeffrey Ying. I submit this declaration in support of Mr. Ying's unopposed *ex parte* application for a two-day extension of time in which to file the parties' joint statement regarding restitution.

2. Mr. Ying was charged with three counts of theft of major artwork, in violation of 18 U.S.C. § 668(b)(1). (Dkt. 4.) He pled guilty on October 27, 2025. (Dkt. 30). On July 8, 2025, Mr. Ying was sentenced to time served with one year of home confinement. (Dkt. 82.) On July 23, 2026, the Court granted the parties' stipulation to continue the restitution hearing to September 28, 2026, with the parties' joint statement due September 14, 2026. (Dkt. 87.)

3. The government filed its supplemental evidence in support of restitution on July17, 2026. (Dkt. 85.) I began a murder-for-hire trial on August 20, 2026, and that trial concluded with a verdict on September 11, 2026. *See* case no. 24-cr-621-MWF. Because of that trial schedule, I am need of additional time to review the government's filing and respond.

4. Assistant United States Attorney Dennis Mitchell has communicated that the government has no objection to the proposed relief.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of September, 2026.

____________________________

Christy O'Connor