CHRISTY O'CONNOR (Bar No. 250350)
The Law Office of Christy O'Connor
(E-Mail: christy@christyoconnorlaw.com)
360 East 2nd Street, Suite 800
Los Angeles, California 90012
Telephone: (323) 716-5959

Attorney for Defendant
JEFFREY YING

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JEFFREY YING,<br>Defendant. | Case No. 25-cr-687-JFW<br><br>**ORDER RE DEFENDANT JEFFREY YING'S UNOPPOSED EX PARTE APPLICATION FOR A TWO-DAY EXTENSION OF TIME IN WHICH TO FILE PARTIES' JOINT STATEMENT ON RESTITUTION** |

On September 13, 2026, defendant Jeffrey Ying submitted an unopposed *ex parte* application for a two-day extension of time in which to file the parties' joint statement on restitution. The Court, having considered Defendant Ying's application and finding good cause, hereby GRANTS the unopposed e*x parte* application and ORDERS the following:

The parties' joint statement on restitution shall be filed on or before September 16, 2026.

IT IS SO ORDERED.

Dated: September 14, 2026

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

cc. USPO/PSA