UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CRIMINAL MINUTES

Case No. **CR 25-687-JFW** Dated: September 21, 2026

==========================================================================

PRESENT: HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| Julieta Lozano<br>Courtroom Deputy | None Present<br>Court Reporter | Dennis Mitchell<br>Mark A. Williams<br>Asst. U.S. Attorney<br>Not Present |

==========================================================================

| U.S.A. vs (Dfts listed below) | Attorneys for Defendants |
|---|---|
| 1) Jeffrey Ying<br>Not Present | 1) Christy O'Connor<br>Not Present |

---

**PROCEEDINGS (IN CHAMBERS): ORDER REQUIRING SUPPLEMENTAL DECLARATION(S), IN-PERSON MEET AND CONFER, AND JOINT STATUS REPORT RE: RESTITUTION**

The Court has reviewed the Joint Status Report Re: Restitution filed on September 16, 2026 (Docket No. 90) and has concluded that additional factual development and a further meaningful meet-and-confer effort by the parties to resolve and/or narrow the disputed issues is warranted. On or before **September 28, 2026**, the Government shall file a supplemental declaration of Su Chen (and/or other appropriate representative or witness) that responds to each of the issues raised by Defendant and that includes documentary evidence in support of the witness's position. On or before **October 5, 2026**, Defendant shall file a declaration that responds to the issues discussed by the Government's witness and that includes documentary evidence in support of the Defendant's position. Thereafter, the parties shall meet and confer in person and attempt to resolve the issues regarding restitution. In the event the parties are unable to resolve the issues regarding restitution, they shall file, on or before **October 13, 2026,** a Joint Statement listing each item still in dispute, setting forth the Government's position, Defendant's position, and the Government's reply, along with declarations and evidence in support of their respective positions.

The restitution hearing, currently scheduled for September 28, 2026, is **CONTINUED** to **November 9, 2026 at 8:00 a.m.**

IT IS SO ORDERED.

cc. USPO/PSA

Initials of Deputy Clerk jloz