TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Deputy Chief, Environmental Crimes and Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2484
E-mail: dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br>Defendant. | No. CR 25-687-JFW<br><br><u>STIPULATION TO CONTINUE FILING DEADLINES AND RESTITUTION HEARING DATE FOR DEFENDANT JEFFREY YING</u><br><br>Current Restitution Hrg.: 11-9-26<br><br>[Proposed] Rest. Hrg.: 11-30-26 |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Dennis Mitchell, and defendant Jeffrey Ying, ("defendant") through his counsel of record, Christy O'Connor, Esq., hereby stipulate as follows.

1. The indictment was filed on August 19, 2025.

2. On September 21, 2026, the Court issued an order that: (1) required the government to file a supplemental declaration of Su Chen on or before September 28, 2026; (2) required defendant to file a responsive declaration on or before October 5, 2026; (3) required the parties to meet and confer in person and attempt to resolve the issues regarding restitution; and (4) required the parties, if they cannot resolve the issues regarding restitution, to file a Joint Statement on or before October 13, 2026, listing each item still in dispute and setting forth the parties' respective positions, the government's reply, along with declarations and evidence in support of their respective positions; and (5) continuing the restitution hearing date to November 9, 2026.

3. The undersigned AUSA has been informed by UCLA's in-house counsel, that: (1) additional time is needed for Su Chen to review defendant's arguments and evidence and to prepare the supplemental declaration; and (2) Su Chen is scheduled to be out of the United States from October 28 to November 25, 2026. In addition, defendant's counsel has informed me that she will be out of the country from October 9, 2026, to October 22, 2026.

4. In light of the foregoing, the parties stipulate to an order of the Court that: (1) continues the deadline for Su Chen's supplemental declaration to October 5, 2026, (2) continues the deadline for defendant's responsive declaration to November 2, 2026; (3) continues the deadline for the parties' Joint Statement to

November 12, 2026; and (4) continues the restitution hearing date to November 30, 2026.

Dated: September 28, 2026

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/

DENNIS MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: September 28, 2026

/s/

CHRISTY O'CONNOR, ESQ.
Attorney for Defendant JEFFREY YING