TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Environmental Crimes and Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2484
E-mail: dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br><br>Defendants. | No. CR 25-687-JFW<br><br>ORDER CONTINUING RESTITUTION HEARING DATES FOR DEFENDANT JEFFREY YING<br><br>**Current Restitution Hrg.: 11-9-26**<br><br>**New Restitution Hrg.: 11-30-26** |

The Court, having reviewed the parties' Stipulation To Continue Filing Deadlines and Restitution Hearing for Defendant Jeffrey Yang, filed on or about September 25, 2026, and finding GOOD CAUSE for the relief sought therein, HEREBY ORDERS that: (1) the filing deadline for the supplemental declaration of Su Chen is continued from September 28, 2026 to October 5, 2026; (2) the filing deadline for Defendant's responsive declaration is continued from October 5, 2026, to November 2, 2026; (3) the filing deadline for the parties' Joint Statement is continued from October 13, 2026 to November 12, 2026;

and (4) the restitution hearing is continued from November 9, 2026, to November 30, 2026 at 8:00 a.m.

IT IS SO ORDERED.

September 29, 2026

DATE

HONORABLE JOHN F. WALTER
United States District Judge

cc. USPO/PSA