TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
MARK A. WILLIAMS
Assistant United States Attorney
Chief, Environmental Crimes and Consumer Protection Section
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Deputy Chief, Environmental Crimes and Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-3359/2484
E-mail: mark.williams6@usdoj.gov
dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br>Defendant. | No. CR 25-687-JFW<br><br>GOVERNMENT'S FILING OF SUPPLEMENTAL STATEMENT OF SU CHEN; EXHIBIT "A" |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central

District of California, hereby submits the Supplemental Statement of Su Chen, which is attached hereto as Exhibit "A."

Dated: October 5, 2026

Respectfully submitted,

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/

DENNIS MITCHELL
MARK A. WILLIAMS
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA