Christy O'Connor (Bar No. 250350)
The Law Office of Christy O'Connor
360 E. 2nd St., Ste. 800
Los Angeles, CA 90012
christy@christyoconnorlaw.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States<br><br>PLAINTIFF(S)<br>v.<br>Jeffrey Ying<br><br>DEFENDANT(S). | CASE NUMBER:<br>25-cr-687-JFW<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Defendant Jeffrey Ying's Declaration re Restitution

**Reason:**

- ☑ Under Seal
- ☐ In Camera
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ______________
- ☐ Other:

11/9/26
Date

Christy O'Connor
Attorney Name

Jeffrey Ying
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*