TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Deputy Chief, Environmental Crimes and Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2484
E-mail: dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br>Defendant. | No. CR 25-687-JFW<br><br><u>STIPULATION TO CONTINUE DEADLINE TO MEET AND CONFER, ETC. RE RESTITUTION</u><br><br>Current Deadline: 11-12-26<br><br>[Proposed] Deadline: 11-19-26 |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorney Dennis Mitchell, and defendant Jeffrey Ying, ("defendant") through his counsel of record, Christy O'Connor, Esq., hereby stipulate as follows.

1. The indictment was filed on August 19, 2025.

2. On September 29, 2026, the Court granted the parties' stipulation and issued an order that, among other things,: required the parties, after the filing by defendant of a responsive declaration re restitution, to meet and confer in person and attempt to resolve the issues regarding restitution; and, if the parties could not resolve their respective issues regarding restitution, to file a Joint Statement on or before November 12, 2026. The Court also continued the restitution hearing date from November 9,2026, to November 30, 2026.

3. The undersigned AUSA has reviewed defendant's responsive declaration which raises several issues with valuations provided by victim UCLA for various works which were stolen from UCLA by defendant. Consequently, the undersigned AUSA needs additional time to confer with UCLA's in house counsel and obtain UCLA's responses to several of those issues raised by defendant. In addition, a substantial portion of the undersigned AUSA's time last week was spent preparing for a contested hearing held on November 5, 2026, in the matter of United States v. Chase Collins, CR No. 24-132-WLH. In addition, the undersigned AUSA was on leave on Friday, November 6, 2026. Consequently, the undersigned AUSA was unable to devote sufficient attention to this matter until November 9, 2026.

4. In light of the foregoing, the parties stipulate to an order of the Court that continues the deadline for the parties to

meet and confer and to submit a joint statement from November 12, 2026, to November 19, 2026. The parties do not seek a continuation of the November 30, 2026, restitution hearing.

Dated: November 10, 2026

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/

DENNIS MITCHELL
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: November 10, 2026

/s/
CHRISTY O'CONNOR, ESQ.
Attorney for Defendant JEFFREY YING