TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
DENNIS MITCHELL (Cal. Bar No. 116039)
Assistant United States Attorney
Deputy Chief, Environmental Crimes and Consumer Protection Section
1400 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2484
E-mail: dennis.mitchell@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEFFREY YING,<br><br><br>Defendants. | No. CR 25-687-JFW<br><br>ORDER RE CONTINUING DEADLINE TO MEET AND CONFER, ETC. AND RESTITUTION HEARING<br><br>**Current. Rest. Hrg: 11-30-26**<br><br>**New Rest. Hrg. Date: 12-14-26** |

The Court, having reviewed the parties' Amended Stipulation to Continue Deadline to Meet and Confer, etc. and to Continue Restitution Hearing, filed on or about November 12, 2026, and finding GOOD CAUSE for the relief sought therein, HEREBY ORDERS that the deadline for the parties to meet and confer and to submit a joint statement re restitution is continued from November 12, 2026, to

December 7, 2026, and that the restitution hearing in this matter is continued from November 30, 2026, to December 14, 2026, at 8:00 am.

IT IS SO ORDRERED.

November 12, 2026

DATE

HONORABLE JOHN F. WALTER
United States District Judge

cc. USPO/PSA